

3:26-cv-00195

Notice:

No IFP Application, or Filing Fee was received with Initiating Documents.