**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

VICTOR CAMARGO JUAREZ,

Plaintiff,

v.

GALLAGHER BASSETT SERVICES, INC.,

Defendant.

Case No. 3:26-CV-00195-ART-CLB

**ORDER TO PAY FILING FEE OR FILE APLICATION TO PROCEED *IN FORMA PAUPERIS***

On March 18, 2026, Plaintiff Victor Camargo Juarez ("Juarez") submitted a complaint alleging wrongdoing by his employer. (ECF No. 1-1.) However, Juarez failed to either pay the full $405 filing fee for this matter or file an application to proceed *in forma pauperis*. Under Local Rule LSR 1-1, a person who is unable to prepay the fees in a civil case may apply to the Court for leave to proceed *in forma pauperis*. The application must be made on the form provided by the Court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities.

Accordingly, **IT IS ORDERED** that the Clerk of the Court shall **SEND** Juarez the approved form application to proceed *in forma pauperis* by a non-inmate.

**IT IS FURTHER ORDERED** that on or before **Monday, April 20, 2026**, Juarez will either: **(1)** pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee); or **(2)** file with the Court a completed Application to Proceed *in Forma Pauperis* for Non-Inmate on this Court's approved form, along with a completed and signed financial affidavit. Failure to do so will result in a recommendation to the District Court to dismiss the action.

The Court will retain Juarez's complaint, (ECF No. 1-1), but will not file it unless and until he timely complies with this order.

**DATED**: March 19, 2026

_____
**UNITED STATES MAGISTRATE JUDGE**